# CITATION

| | |
|---|---|
| HARRY R. BARROW, JR. | Case: #22-0777 |
| | Division: A |
| VERSUS | 34th Judicial District Court |
| | Parish of St. Bernard |
| ACE AMERICAN INSURANCE COMPANY, SCOTT PAYNE, BRIGGS EQUIPMENT, INC., AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY CARRIER OF HARRY R. BARROW, JR. | State of Louisiana |

TO: BRIGGS EQUIPMENT, INC.
THROUGH ITS REGISTERED AGENT
CORPORATION SERVICE COMPANY
501 LOUISIANA COMPANY
BATON ROUGE, LA 70802

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **PETITION FOR DAMAGES, ETC.** The petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN TWENTY-ONE (21) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1101 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within TWENTY-ONE (21) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the **13TH DAY OF JULY 2022.**

HMH/HARRY

RANDY S. NUNEZ
Clerk of Court
Parish of St. Bernard

By: _____
Deputy Clerk
/S/ HAILEY HIERS

www.stbclerk.com

**DOMICILIARY**

Date Received by the Parish of St. Bernard: _____
Date Served: _____
Address Served: _____
Domiciliary Service on: _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same.
Service intended for: _____ a person domiciled at the above address but was absent at the time of service.

Returned Parish of St. Bernard this _____ day of _____, _____.

_____
Sheriff

**PERSONAL**

Date Received by the Parish of St. Bernard: _____
Date Served: _____
Address Served: _____
Personal Service on: _____

Returned Parish of St. Bernard this _____ day of _____, _____.

_____
Sheriff

EXHIBIT 1

**34th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD**

**STATE OF LOUISIANA**

NO.   22-0777   DIVISION " "

**HARRY R. BARROW, JR.**

-versus-

**ACE AMERICAN INSURANCE COMPANY, SCOTT PAYNE, BRIGGS EQUIPMENT, INC., and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AS THE UNINSURED/UNDERINSURED MOTORIST INSURANCE CARRIER OF HARRY R. BARROW, JR.**

Filed: JUL 08 2022    Randy S. Nunez
                              Deputy Clerk

## PETITION FOR DAMAGES

The petition of **HARRY R. BARROW, JR.**, a person of the full age of majority and resident of and domiciled in the Parish of St. Bernard, State of Louisiana who, with respect, represents:

I.

That made defendants herein are:

1. **ACE AMERICAN INSURANCE COMPANY,** according to information and belief, a foreign insurance company licensed to do and doing business in the State of Louisiana, who at all times pertinent herein, issued a policy of liability insurance to defendant, **BRIGGS EQUIPMENT, INC.,** upon information and belief bearing **ACE AMERICAN INSURANCE COMPANY** policy number **ISA H25544511** which on or about July 16, 2021, was in full force and effect and said insurance company is being sued herein under the Louisiana Direct Action Statute.

2. **BRIGGS EQUIPMENT, INC.,** according to information and belief, a business corporation licensed to do business in the State of Louisiana under Charter Number 36578460F and domiciled in the City of Wilmington, State of Delaware, who at all times pertinent herein, was the owner of a 2019 Freightline M2, bearing V.I.N. 1FVACWFC4KHKK9614 with Louisiana License Plate C625620 operated by defendant, **SCOTT PAYNE,** who, according to information and belief, at all times pertinent herein, was an employee and permissive driver of the subject vehicle which brings rise to this litigation.

3. **SCOTT PAYNE,** according to information and belief, a person of the full age of majority and a resident of and domiciled in the County of Pearl River, State of Mississippi, who at all times pertinent herein, was an employee of defendant, **BRIGGS EQUIPMENT, INC.,** and permissive driver of the 2019 Freightline M2, bearing V.I.N. 1FVACWFC4KHKK9614 with Louisiana License Plate C625620 owned by defendant, **BRIGGS EQUIPMENT, INC.**

4. **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AS THE UNINSURED/UNDERINSURED MOTORIST INSURANCE CARRIER OF HARRY R. BARROW, JR.,** a foreign insurance company licensed to do and doing business in the State of Louisiana, who at all times pertinent herein issued a policy of Uninsured/Underinsured Motorist Coverage to petitioner, **HARRY R. BARROW, JR.,** which on or about July 16, 2021, was in full force and effect and said insurance company is being sued under the Louisiana Direct Action Statute.

II.

That on or about April 28, 2021, petitioner herein, **HARRY R. BARROW, JR.,** was the owner and operator of a 2008 Ford F150, VIN No. 1FTPW12V48FB65604, and was traveling eastbound in the left lane of Interstate 10, slowing to a stop due to traffic ahead, in the Parish of Jefferson, State of Louisiana.

III.

That on the above date, defendant herein, **SCOTT PAYNE,** was the permissive driver of a 2019 Freightline M2, VIN No. 1FVACWFC4KHKK9614 owned by defendant, **BRIGGS EQUIPMENT, INC.,** and was traveling eastbound on Interstate 10 when, suddenly and without warning the defendant, **SCOTT PAYNE,** changed lanes into the left lane and struck petitioner's vehicle in the rear, causing severe and painful personal injuries to petitioner, which injuries will be more fully set forth herein below.

IV.

That as a direct result of the above-described accident, petitioner herein, **HARRY R. BARROW, JR.,** suffered severe and painful personal injuries including, but not limited to, injuries to his back, neck, shoulders, etc., causing him to seek medical attention.

V.

That the above-described incident and subsequent damages and injuries sustained by petitioner herein, occurred by no fault of petitioner and that the sole and proximate cause of said incident and resultant damages and injuries sued upon herein resulted from the gross and wanton negligence of the defendants above named in the following particulars:

**NEGLIGENT ACTS OF DEFENDANT, SCOTT PAYNE:**

1. Operating his vehicle in a careless and wanton manner;
2. Failing to see what he should have seen;
3. Failing to keep his vehicle under control at all times;
4. Failing to maintain a proper lookout;
5. Failing to take any steps to avoid the impending collision;
6. Failing to act as a reasonable and prudent person would under the same or similar circumstances;
7. Failing to use due care in the operation of his motor vehicle;
8. Operating his vehicle in a reckless and wanton manner;
9. Failing to be attentive to his surroundings and failure to have due and proper regard of the safety of others;
10. Failing to act as a reasonable and prudent person would under the same or similar circumstances, and other acts of negligence which were in contravention of the exercise of due care, prudence, and the laws of the State of Louisiana, which will be shown at the trial of this cause.

**NEGLIGENT ACTS OF DEFENDANT, BRIGGS EQUIPMENT, INC.:**

1. Vicariously liable for the actions of its employees;
2. Allowing a person without the necessary skill, training and experience in the operation of motor vehicles to drive one safely and competently;
3. In allowing **SCOTT PAYNE**, to use and operate their vehicle when they knew or should have known that said person was an unsafe and incompetent driver;
4. Negligent in their hiring and training practices.

All of which said acts of negligence are in direct violation of the traffic ordinances of the Laws of the State of Louisiana, which said laws and ordinances are pled herein as if copied *in extenso*.

VII.

As a direct and proximate result of the above-described negligence and resulting collision, petitioner herein, **HARRY R. BARROW, JR.**, has sustained monetary losses in the form of medical bills incurred in his care and treatment including, but not limited to, past, present, and future physical pain and suffering, mental anguish, inconvenience, and aggravation, and other out-of-pocket expenses which will be shown at the trial of this matter.

VIII.

That petitioner herein is entitled to recover all damages as are reasonable in the premises in accordance with the law of Louisiana from the date of judicial demand until paid.

IX.

Petitioner prays that all expert fees incurred in proving the liability and damage issues be taxed as costs to the defendants.

X.

That the petitioner hereby avers that his claim exceeds $10,000.00 exclusive of interest and costs in accordance with LA. C.C.P. Article 1732 and LA. C.C.P. Article 839.

XI.

Petitioner herein attaches certain Interrogatories and Request for Production propounded to defendants to be answered fully and completely within the delays allowed by law.

**WHEREFORE,** petitioner, **HARRY R. BARROW, JR.** prays that defendants be duly cited and served with a copy of this Petition, to appear and answer same and after all legal delays and due proceedings are had, that there be judgment herein in favor of petitioner and against defendants, **ACE AMERICAN INSURANCE COMPANY, SCOTT PAYNE, BRIGGS EQUIPMENT, INC., and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AS THE UNINSURED/UNDERINSURED MOTORIST INSURANCE CARRIER OF HARRY R. BARROW, JR,** jointly, severally and *in solido*, in a full and true sum calculated to compensate petitioners for the damages complained of herein, along with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, and for all general and equitable relief.

SIGNATURE PAGE FOLLOWS

Respectfully submitted,

*LAW OFFICES OF MICHAEL C. GINART, JR. & ASSOCIATES, L.L.C.*

_____
MICHAEL C. GINART, JR., LSBR #18910
JOYCE D. YOUNG, LSBR #25037
NICHOLAS N.S. CUSIMANO, LSBR #35733
**JOHN C. GINART, LSBR #38233**
BRANDON J. MELERINE, LSBR #39281
2114 Paris Road
Chalmette, Louisiana 70043
T: (504) 271-0471 · F: (504) 271-6293
E-mail: jginart@ginartlaw.com
For Service ONLY: service@ginartlaw.com

**PLEASE SERVE:**
**ACE AMERICAN INSURANCE COMPANY**
*Through its Registered Agent*
Louisiana Secretary Of State
8585 Archives Ave.
Baton Rouge, LA 70809

**BRIGGS EQUIPMENT, INC.**
*Through its Registered Agent*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AS THE UNINSURED/UNDERINSURED MOTORIST INSURANCE CARRIER OF HARRY R. BARROW, JR.**
*Through its Registered Agent*
Louisiana Secretary Of State
8585 Archives Ave.
Baton Rouge, LA 70809

**PLEASE SERVE VIA LA LONG ARM STATUTE:**
**SCOTT PAYNE**
25131 Katie Drive
Picayune, MS 39466

A TRUE COPY
Randy S. Nunez
CLERK OF COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA
By_____
DEPUTY CLERK
/s/ Hailey Hiers

## 34th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

## STATE OF LOUISIANA

NO. **22-0777**

DIVISION " " 

**HARRY R. BARROW, JR.**

-versus-

**ACE AMERICAN INSURANCE COMPANY, SCOTT PAYNE, BRIGGS EQUIPMENT, INC., and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AS THE UNINSURED/UNDERINSURED MOTORIST INSURANCE CARRIER OF HARRY R. BARROW, JR.**

Filed: **JUL 08 2022**     /s/ Hailey Hiers

**Deputy Clerk**

### INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

**TO:**

**ACE AMERICAN INSURANCE COMPANY**
*Through its Registered Agent*
Louisiana Secretary Of State
8585 Archives Ave.
Baton Rouge, LA 70809

**BRIGGS EQUIPMENT, INC.**
*Through its Registered Agent*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AS THE UNINSURED/UNDERINSURED MOTORIST INSURANCE CARRIER OF HARRY R. BARROW, JR.**
*Through its Registered Agent*
Louisiana Secretary Of State
8585 Archives Ave.
Baton Rouge, LA 70809

**SCOTT PAYNE**
25131 Katie Drive
Picayune, MS 39466

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, **HARRY R. BARROW, JR.**, who hereby propounds the following Interrogatories and Request for Production of Documents to be answered fully, completely, and in writing and under oath, within the delays allowed by law, at the LAW OFFICES OF MICHAEL C. GINART, JR. & ASSOCIATES, LLC, 2114 PARIS ROAD, CHALMETTE, LOUISIANA 70043, and in accordance with the Louisiana Code of Civil Procedure. These Interrogatories/Request are deemed to be continuing. You are hereby notified and requested to supplement the responses given, to the fullest extent required by the Louisiana Code of Civil Procedure, as the information changes and becomes available.

**INTERROGATORY/REQUEST NO. 1:** Please provide a full copy of any policy of liability insurance of any kind issued to defendant, **BRIGGS EQUIPMENT, INC.**, by **ACE AMERICAN INSURANCE COMPANY** which was in full force and effect at the time of the accident which brings rise to this litigation including, but not limited to, **BRIGGS EQUIPMENT, INC.**'s agent's name, address and telephone number, the signed application, any and all documents signed by or on behalf of **BRIGGS EQUIPMENT, INC.**, supplying a copy of same and including any excess coverage thereof.

**INTERROGATORY/REQUEST NO. 2:** Please provide a full copy of the policy of uninsured/underinsured insurance issued to plaintiffs, HARRY R. BARROW, JR.,, by **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** which was in full force and effect at the time of the accident which brings rise to this litigation supplying a copy of same including any excess coverage thereof.

**INTERROGATORY/REQUEST NO. 3:** Please state the name, address, telephone number, employer, and employment classification of each person known or reasonably felt by you, your attorney, or other representative, who was an eyewitness to the incident, or who came upon the scene after the occurrence, or who purports to have any knowledge of the fact and circumstances surrounding the incident which forms the basis of this suit.

**INTERROGATORY/REQUEST NO. 4:** If a statement was given and/or taken by anyone, including but not limited to any party named in this litigation, please state the name, address and telephone number of each person from whom a statement was taken including the date of said statement, the name, address and telephone number of each person who took said statement and the name and address of each person who is in possession of said statement given with regards to this accident, supplying a copy of same.

**INTERROGATORY/REQUEST NO. 5:** Please state the name, address, phone number, employer and employment classification of each expert witness you expect to call at the trial of this matter and further indicating the substance of fact and the nature of the testimony to be given by each such identified expert witness; further producing any and all written documents obtained from each such identified individuals (i.e., written statements, etc...)

**INTERROGATORY/REQUEST NO. 6:** For each and every expert witness named above, please provide a copy of the via resume curriculum.

**INTERROGATORY/REQUEST NO. 7**: Please state whether or not you are in possession of any photographs, videography, graphs, charts, and/or other documentary evidence of the accident scene, the vehicles involved in the accident, etc., producing a copy of same.

**INTERROGATORY/REQUEST NO. 8**: Please state whether or not you are in possession of any photographs, surveillance video or documentation, etc. regarding petitioner.

**INTERROGATORY/REQUEST NO. 9**: Please list each and every document of evidence you plan to introduce at the trial of this matter, supplying copies of same.

**INTERROGATORY NO. 10**: Please state whether **SCOTT PAYNE** suffers or has ever suffered from any mental or physical condition, disease or addiction for which you have been treated for in the past five years through present. If affirmative, please state the condition or infirmity for which you were being treated, the name, address and telephone number of any physician and/or State or private facility, hospital, rehabilitation, etc. who has treated **SCOTT PAYNE** for any of the above.

**INTERROGATORY/REQUEST NO. 11**: Please list any and all accidents for which **SCOTT PAYNE** was involved for the ten years prior and subsequent to the accident which brings rise to this litigation, including the date of any such accident, parish and state. Please include the year, make and model of the vehicle for which you were driving, including the owner of any such vehicle in which you were operating at the time of any such accident, providing a copy of the insurance carrier for the vehicle for which **SCOTT PAYNE** was driving at the time of any such accident(s).

Respectfully submitted,

*LAW OFFICES OF MICHAEL C. GINART, JR.*
*& ASSOCIATES, L.L.C.*

_____
MICHAEL C. GINART, JR., LSBR #18910
JOYCE D. YOUNG, LSBR #25037
NICHOLAS N.S. CUSIMANO, LSBR #35733
**JOHN C. GINART, LSBR #38233**
BRANDON J. MELERINE, LSBR #39281
2114 Paris Road
Chalmette, Louisiana  70043
T: (504) 271-0471 · F: (504) 271-6293
E-mail: jginart@ginartlaw.com
For Service ONLY: service@ginartlaw.com

## 34th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

## STATE OF LOUISIANA

NO.

**22-0777**

**HARRY R. BARROW, JR.**



DIVISION " "

-versus-

**ACE AMERICAN INSURANCE COMPANY, SCOTT PAYNE, BRIGGS EQUIPMENT, INC., and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AS THE UNINSURED/UNDERINSURED MOTORIST INSURANCE CARRIER OF HARRY R. BARROW, JR.**

Filed: JUL 08 2022                    /s/ Hailey Hiers

**Deputy Clerk**

### VERIFICATION

**STATE OF LOUISIANA**

**PARISH OF ST. BERNARD**

**BEFORE ME**, the undersigned Notary Public, personally came and appeared:

**HARRY R. BARROW, JR.**

That he is a petitioner in the above and foregoing Petition for Damages;

That he has read the above and foregoing Petition for Damages and has found all of the allegations contained therein to be true and correct to the best of his knowledge, information and belief.

**HARRY R. BARROW, JR.**

SWORN TO AND SUBSCRIBED BEFORE ME,

THIS 5th DAY OF July, 2022.

**NOTARY PUBLIC**

JOHN C ⋯RT
Notary
Bar Roll No. 58233
St. Bernard Parish, Louisiana